AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Washington

<span style="color:red">FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2016

SEAN F. McAVOY, CLERK</span>

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| ERIN KATHLEEN HONEYCUTT | ) Case No:   CR-13-2068-FVS-2 |
|  | ) USM No:   14860-085 |
| Date of Original Judgment:          04/09/2014 | ) |
| Date of Previous Amended Judgment: | ) Andrea K. George |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of          04/09/2014          months **is reduced to**   75          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          04/09/2009          shall remain in effect.
**IT IS SO ORDERED**.

Order Date:          08/22/2016

*(signature)*

*Judge's signature*

Effective Date: _____
*(if different from order date)*

The Honorable Fred L. Van Sickle          Senior Judge, U.S. District Court
*Printed name and title*